

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.R.B., a Child

No. 06-14-00019-CV

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 71,972). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

      We note that the appellant, William Craig Burney, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 18, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk